IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                           )
RICHARD L. JOHNSON,                              )     Case No. 18-40432
        Debtor.                                  )

## MOTION TO DISCHARGE BANKRUPTCY

**NOW COMES** Debtor, Richard Johnson, by and through his attorney, The Law Office of Bradley P. Olson, and his motion, states as follows:

1. That on May 15, 2018 Debtor filed a Chapter 13 bankruptcy in the above captioned case.

2. That all payments have been made pursuant to Chapter 13 plan and Trustee having filed a Report of Plan Completion.

3. That the Debtor does not owe any domestic support obligations.

4. That the Debtor has completed the instructional course concerning personal financial management and filed same with the Court.

5. That the Debtor has not obtained a Chapter 7 bankruptcy discharge during the four years prior to filing the aforementioned bankruptcy nor a Chapter 13 bankruptcy discharge during the two years prior to filing the aforementioned bankruptcy.

6. That Section 522(q)(1) is not application in this matter.

**WHEREFORE**, Debtor, Richard Johnson, prays that the Honorable Court discharge his Chapter 13 bankruptcy.

Respectfully Submitted,

/s/ Bradley Olson
Bradley P. Olson

**THE LAW OFFICE BRADLEY P. OLSON**
**Attorneys at Law**
**101 E. DeYoung**
**Marion, IL 62959**
**Tele: (618) 997-5262**
**Fax: (618) 997-5268**
**bradolson@bradolsonlaw.com**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing was served upon the following:

Russell Simon
Chapter 13 Trustee

U.S. Trustee
401 Main St
1100 Becker Building
Peoria, IL 61602

All creditors listed on Debtor' matrix who are served electronically

on the 19th day of May 2022 by electronic mail and to

All creditors listed on Debtor' matrix and who are not served electronically

on the 19th day of May 2022 by enclosing same in properly addressed envelopes, with sufficient postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Marion, Illinois.

/s/ Lori Walters
Lori Walters